IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Chaplin Sr, Mark | Case Number: 04 B 44481 |
| | Judge: Wedoff, Eugene R |
| Printed: 5/6/08 | Filed: 12/2/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: April 30, 2008
Confirmed: January 27, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 11,475.70 | |
| Secured: | | 8,186.18 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 589.52 |
| Other Funds: | | 0.00 |
| Totals: | 11,475.70 | 11,475.70 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Toyota Motor Credit Corporatio | Secured | 10,629.23 | 8,186.18 |
| 3. | Resurgent Capital Services | Unsecured | 595.03 | 0.00 |
| 4. | Resurgent Capital Services | Unsecured | 506.29 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 139.04 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 575.05 | 0.00 |
| 7. | Toyota Motor Credit Corporatio | Unsecured | 284.43 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 251.91 | 0.00 |
| 9. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 10. | Capital One | Unsecured | | No Claim Filed |
| 11. | Fleet Credit Card Service | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 15,680.98 | $ 10,886.18 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 83.51 |
| 4% | 38.63 |
| 3% | 22.50 |
| 5.5% | 206.24 |
| 5% | 37.49 |
| 4.8% | 108.00 |
| 5.4% | 93.15 |
| | _____ |
| | $ 589.52 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Chaplin Sr, Mark | Case Number: 04 B 44481 |
| | Judge: Wedoff, Eugene R |
| Printed: 5/6/08 | Filed: 12/2/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

